AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| MARTIN AVALOS-AGUILAR | CASE NUMBER: 08Cr2534-L |

I, <u>MARTIN AVALOS-AGUILAR</u>, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 7-31-2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Martin Avalos_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer